```
        IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF KANSAS
```

**LEVI LOVE,**
        Petitioner,

    v.                                      CASE NO. 05-3481-SAC

**RAY ROBERTS, et al.,**
        Respondents.

### O R D E R

This matter comes before the court upon petitioner's Motion for Default and Declaratory Judgments (Doc. 15).  The court has considered the motion and finds no grounds for the requested relief.  Petitioner has raised numerous claims, filed voluminous materials, and files unnecessary motions such as this one.  It is understandable that respondents require extra time to complete an answer and return in this case, and they have properly received leave from this court.  Petitioner asked this court to file lengthy documents in this case out of a prior action alleging he could not provide them, and then after the court granted that request, he filed the same 259 page document.  Now, he complains that the document was filed from the prior case.  Petitioner would be well-advised to cease filing frivolous motions, and concentrate on preparing a Traverse in response to the Answer and Return.

**IT IS THEREFORE BY THE COURT ORDERED** that petitioner's motion for Default and Declaratory Judgment (Doc. 15) is denied.

**IT IS SO ORDERED.**

Dated this 13th day of April, 2006, at Topeka, Kansas.

                                                 <u>s/Sam A. Crow</u>
                                                 U. S. Senior District Judge